

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00179-CV

In the Interest of **S.R.**, A.R., and J.R., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the order terminating appellant's parental rights is AFFIRMED. Counsel's motion to withdraw is GRANTED. No costs shall be assessed against appellant in relation to this appeal because she is indigent.

SIGNED August 5, 2015.

_____
Karen Angelini, Justice